# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Richmond Division

| | |
|---|---|
| NJOY, LLC, NJOY HOLDINGS, INC., ALTRIA GROUP, INC., ALTRIA GROUP DISTRIBUTION CO., ALTRIA CLIENT SERVICES LLC, <br><br>　　　　Plaintiffs,<br>　　v.<br><br>THE INTERNATIONAL TRADE COMMISSION, AMY A. KARPEL, in her official capacity as Chair and Commissioner of the International Trade Commission, DAVID S. JOHANSON, in his official capacity as Commissioner of the International Trade Commission, JASON E. KEARNS, in his official capacity as Commissioner of the International Trade Commission, DORIS JOHNSON HINES, in her official capacity as Administrative Law Judge of the International Trade Commission,<br><br>　　　　Defendants. | Case No. 3:25-cv-930 (REP) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMBINED MOTION FOR PRELIMINARY INJUNCTION AND SUMMARY JUDGMENT**

Defendants International Trade Commission ("Commission"), Amy A. Karpel in her official capacity as Chair and Commissioner of the International Trade Commission, David S. Johanson in his official capacity as Commissioner of the International Trade Commission, Jason E. Kearns in his official capacity as Commissioner of the International Trade Commission, and Doris Johnson-Hines in her official capacity as Administrative Law Judge of the International Trade Commission (collectively "Defendants"), by and through undersigned counsel, and with

1

consent of the plaintiffs NJOY, LLC, NJOY Holdings, Inc., Altria Group, Inc., Altria Group Distribution Co., and Altria Client Services (collectively, "Plaintiffs"), respectfully moves this Court for the entry of an order extending the time for Defendants to file their response to Plaintiffs' Combined Motion for Preliminary Injunction and Summary Judgment.  ECF No. 8.  Defendants are requesting that the current deadline of November 24, 2025 for responding to this motion be extended by two weeks to December 8, 2025.

Good cause exists for the requested extension:

1.      On Friday, November 7, 2025, Plaintiffs filed the Complaint and a Combined Motion for Preliminary Injection and Summary Judgment in this action.

2.      The lapse in government funding caused the Commission to be closed until Thursday, November 13, 2025, with its staff on furlough.

3.      The Commission has independent litigating authority.  19 U.S.C. § 1333(g) ("The Commission shall be represented in all judicial proceedings by attorneys who are employees of the Commission or, at the request of the Commission, by the Attorney General of the United States.").  Although the Commission ordinarily seeks assistance of the local United States Attorney, in the present action, due to workload and staffing constraints of the United States Attorney in the Eastern District of Virginia, the Commission expects to receive comparatively less assistance from the U.S. Attorney in this matter.

4.      The issues presented in this action concerning the constitutionality of Commission investigations are of institutional importance to the Commission.  The Defendants' positions must go through extensive internal review as a result.

5.      NJOY recently raised substantially identical constitutional challenges in an appeal in *NJOY, LLC v. International Trade Commission*, No. 25-1795 (Fed. Cir.).  The Commission's

brief in that appeal is due in early December, and the Commission's responses here and in the Federal Circuit must be coordinated.

6.      Counsel for Defendants and Plaintiffs have conferred, and Plaintiffs consent to the motion and the entry of the proposed order filed herewith.

WHEREFORE, Defendants respectfully move for the entry of an order granting this motion and extending the time to file a response to the Combined Motion for Preliminary Injunction and Summary Judgment to December 8, 2025.

Dated: November 21, 2025,                                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jonathan D. Link
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jonathan Link (VA Bar No. 42951)
　　　　　　　　　　　　　　　　　　　　　　　　　　　Benjamin S. Richards
　　　　　　　　　　　　　　　　　　　　　　　　　　　Sidney A. Rosenzweig
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. International Trade Commission
　　　　　　　　　　　　　　　　　　　　　　　　　　　500 E Street, SW
　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20024
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jonathan.link@usitc.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel. 202-205-2000

# CERTIFICATE OF SERVICE

I hereby certify that on the day of November 21, 2025, I will electronically file the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMBINED MOTION FOR PRELIMINARY INJUNCTION AND SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following party via email:

NJOY, LLC, NJOY HOLDINGS, INC., ALTRIA GROUP, INC., ALTRIA GROUP DISTRIBUTION CO., ALTRIA CLIENT SERVICES LLC,

Turner A. Broughton (VA ID. No. 42627)
WILLIAMS MULLEN
200 South 10th Street
Suite 1600
Richmond, VA 23219
Telephone: (804) 420-6926
Email: tbroughton@williamsmullen.com

Mark A. Perry (pro hac vice pending)
Joshua M. Wesneski (pro hac vice pending)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
Email: joshua.wesbeski@weil.com

Paul M. Schoenhard (VA ID No. 65915)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
Telephone: (202) 639-7254
Email: paul.schoenhard@friedfrank.com

>/s/ *Jonathan D. Link*
>Jonathan D. Link, Esq.
>Virginia bar number 42951
>U.S. International Trade
>   Commission
>500 E. St. SW
>Washington, D.C. 20436
>Phone: 202-205-2000
>Jonathan.link@usitc.gov